AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Cyril Latona

V.

United Resource Systems, Inc., Trans Union, LLC, and Experian Information Solutions, Inc.

CASE NUMBER: **08 C 764**

ASSIGNED JUDGE: **JUDGE COAR**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Trans Union, LLC
c/o Registered Agent:
Prentice Hall Corporation
33 N. LaSalle St.
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman Combs Latturner & Goodwin
120 S. LaSalle St.
18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Nadine Girley_ (signature)

**(By) DEPUTY CLERK**

**February 5, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 2/7/08 |
| NAME OF SERVER (PRINT) Stephen Gorski | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 33 N. LaSalle St., Chicago, IL 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/7/08
*Date*

*Signature of Server* /s/ Steve Gorski

Address of Server: 120 S. LaSalle St., 18th Floor, Chicago IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.