IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYRIL LATONA, )<br>   Plaintiff, )<br>v. )<br>  )<br>UNITED RESOURCE SYSTEMS, INC., )<br>TRANS UNION, LLC. )<br>and EXPERIAN INFORMATION SOLUTIONS )<br>   Defendants )  | Civil Action 08 C 764<br><br>Judge David H. Coar<br><br>Magistrate Judge Arlander Keys |

**DEFENDANT TRANS UNION LLC'S**
**LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Trans Union LLC ("Trans Union") submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local R. 3.2:

  All affiliates of the party: TransUnion Corp.


Date: February 20, 2008    Respectfully submitted,

             **TRANS UNION LLC**



            By: /s/ Sharon R. Albrecht
              One of Its Attorneys


Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000

CHGO1\31157461.1