**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CYRIL LATONA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 08 C 764 |
| | ) | |
| UNITED RESOURCE SYSTEMS, INC., | ) | Judge David H. Coar |
| TRANS UNION, LLC. | ) | |
| and EXPERIAN INFORMATION SOLUTIONS | ) | Magistrate Judge Arlander Keys |
| Defendants | ) | |

**<u>NOTICE OF AGREED MOTION</u>**

TO:     Daniel Edelman
        Cathleen Combs
        James O. Latturner
        Tara Goodwin
        Rupali R. Shah
        *Edelman, Combs Latturner & Goodwin, LLC*
        120 South LaSalle Street, 18th Floor
        Chicago, IL 60603

PLEASE TAKE NOTICE that on Thursday, February 28, 2008, at 9:00 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Coar, or any judge sitting in his stead, in courtroom 1419, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Trans Union LLC's **Agreed Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint**, a true and correct copy of which was previously served upon you.

Dated: February 20, 2008                    **TRANS UNION LLC**


                                  By:   /s/ Sharon R. Albrecht
                                        One of Its Attorneys


Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois   60601-1293
312-368-4000

CHGO1\31157400.1