# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CYRIL LATONA,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED RESOURCE SYSTEMS, INC.,<br>TRANS UNION, LLC; and<br>EXPERIAN INFORMATION<br>     SOLUTIONS, INC.,<br><br>        Defendants. | Civil Action No. 08-C-764<br><br>Judge Coar<br><br>Mag. Judge Valdez |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S
## LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies pursuant to Local Rule 3.2 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. The parent companies of the corporation: The parent company of Experian is Experian Group Limited.

2. Subsidiaries not wholly owned by the corporation: The following companies are subsidiaries of Experian that are not wholly owned:
   (a) First American Real Estate Solutions, LLC
   (b) First American Real Estate Solutions II, LLC
   (c) Vehicle Title, LLC
   (d) Central Source LLC
   (e) Online Data Exchange LLC
   (f) New Management Services LLC
   (g) VantageScore Solutions LLC

3.  Any publicly held company that owns ten percent (10%) or more of the corporation: Experian Group Limited owns 100 percent of Experian.  Experian Group Limited is a Jersey, Channel Islands Company that is publicly-traded on the London Stock Exchange.

Dated: February 27, 2008

Respectfully submitted,

/s/ Katie M. Poleon
Katie M. Poleon (Atty No. 6287107)
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
E-mail:  kpoleon@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

      I, Katie M. Poleon, an attorney, certify that on February 27, 2008, I filed ***Defendant Experian Information Solutions, Inc.'s Local Rule 3.2 Notification as to Affiliates*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

| | |
|---|---|
| Cathleen M. Combs<br>ccombs@edcombs.com<br>Daniel A. Edelman<br>courtecl@edcombs.com<br>James O. Latturner<br>jlatturner@edcombs.com<br>Rupali Rajendra Shah<br>rshah@edcombs.com<br>Tara Leigh Goodwin<br>tgoodwin@edcombs.com<br><br>*Attorneys for Plaintiff* | Monica L. Thompson<br>monica.thompson@dlapiper.com<br>Sharon Renae Albrecht<br>shari.albrecht@dlapiper.com<br>Albert Edward Hartmann<br>albert.hartmann@dlapiper.com<br><br>*Attorneys for Defendant Trans Union, LLC* |

                                    /s/ Katie M. Poleon
                                    Katie M. Poleon

CHI-1634434