## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Cyril Latona

                        Plaintiff,

v.                                        Case No.: 1:08−cv−00764
                                              Honorable David H. Coar

United Resources Systems, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge David H. Coar :MOTION by Defendant Trans Union, LLC. for extension of time to file answer regarding complaint[1] Or Otherwise Plead In Response To Plaintiff's Complaint [14] is granted. Defendant to answer or plead on or before 3/28/2008. Parties need not appear on the noticed motion date of 2/28/2008 for this motion.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.