**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CYRIL LATONA,       )<br>                          )<br>    Plaintiff,   )<br>                          )<br>    vs.              )<br>                          )<br>UNITED RESOURCE SYSTEMS, INC.,  )<br>TRANS UNION, LLC; and           )<br>EXPERIAN INFORMATION            )<br>    SOLUTIONS, INC.;            )<br>                          )<br>    Defendants.  ) | Case No. 08 C 764<br>Judge Coar<br>Magistrate Judge Valdez |

**PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT AGAINST
DEFENDANT UNITED RESOURCE SYSTEMS, INC.**

Plaintiff, Cyril Latona, respectfully asks the Court to enter an order of default against defendant United Resource Systems, Inc.

In support of this motion, plaintiff states as follows:

1. Plaintiff filed his complaint on February 4, 2008, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA") and the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. ("FCRA").

2. On February 5, 2008, plaintiff had a summons issued to United Resource Systems, Inc.

3. Service of the summons was effected on March 3, 2008. (Exhibit A).

4. Fed. R. Civ. P. 12(a)(1) requires a defendant to serve an answer to a complaint "within 20 days after being served with the summons and complaint."

5. United Resource Systems, Inc. was required to appear and serve an answer to plaintiff's amended complaint on or before March 24, 2008.

6. As of April 1, 2008, United Resource Systems, Inc. has neither filed an appearance, filed an answer to the complaint, nor otherwise plead.

WHEREFORE, plaintiff respectfully requests that this Court enter an order of default against United Resource Systems, Inc. and set the matter for prove up.

    Respectfully submitted,

    s/ Rupali R. Shah
    Rupali R. Shah

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com