**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CYRIL LATONA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 764 |
| vs. | ) | Judge Coar |
| | ) | Magistrate Judge Valdez |
| UNITED RESOURCE SYSTEMS, INC., | ) | |
| TRANS UNION, LLC; and | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC.; | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   See Attached Service List

      Please take notice that on April 14, 2007 at 9:00 am, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Coar in Courtroom 1419 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT AGAINST DEFENDANTS UNITED RESOURCES SYSTEMS, INC** a copy of which is attached hereto and herewith served upon you.

                                                                         s/ Rupali R. Shah
                                                                        Rupali R. Shah

Daniel A. Edelman
James O. Latturner
Tara L. Goodwin
Rupali R. Shah
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

      I, Rupali R. Shah, hereby certify that on April 2, 2008, the foregoing document was filed electronically. A copy of the foregoing document was sent via U.S. Mail to the following individuals:

**United Resource Systems, Inc.**
10075 W. Colfax Ave.
Lakewood, CO 80215-3907

                                                     s/ Rupali R. Shah
                                                      Rupali R. Shah

Daniel A. Edelman
James O. Latturner
Tara L. Goodwin
Rupali R. Shah
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200