# Exhibit A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Cyril Latona

V.

United Resource Systems, Inc., Trans Union, LLC, and Experian Information Solutions, Inc.

CASE NUMBER: **08 C 764**

ASSIGNED JUDGE:

**JUDGE COAR**

DESIGNATED MAGISTRATE JUDGE:

**MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

United Resource Systems, Inc.
10075 W. Colfax Ave.
Lakewood, CO 80215-3907

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman Combs Latturner & Goodwin
120 S. LaSalle St.
18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Chirley* (signature)

**(By) DEPUTY CLERK**

**February 5, 2008**

Date

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 08C764

Plaintiff:
**Cyril Latona**

vs.

Defendant:
**United Resource Systems, Inc., Trans Union, LLC and Experian Information Solutions, Inc.**

For:
Daniel Edelman, Esq
Edelman, Combs, Latturner & Goodwin, LLC
120 South Lasalle Street
18th Floor
Chicago, IL 60603

Received by Epiffany, Inc. on the 12th day of February, 2008 at 3:42 pm to be served on **United Resource Systems, Inc., 10075 West Colfax Avenue, Lakewood, CO 80215-3907**.

I, Curtis R. Whited, being duly sworn, depose and say that on the **3rd day of March, 2008** at **12:36 pm**, I:

**CORPORATE:** served by delivering a true copy of the **1- Summons in a civil case and 1- Complaint** with the date and hour of service endorsed thereon by me, to: **James McKee** as **President** for **United Resource Systems, Inc.**, at the address of: **10075 West Colfax Avenue, Lakewood, CO 80215-3907**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: Cauc, Height: 6'2", Weight: 175, Hair: Blk, Glasses: N

I certify that I am over the age of 18, have no interest in the above titled action, and am a Process Server in accordance with current Colorado Statutes.

Subscribed and Sworn to before me on the 5th day of March, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Curtis R. Whited
Process Server

Epiffany, Inc.
1888 Sherman St., Ste. 330
Denver, CO 80203-1120
(877) 374-3269

Our Job Serial Number: 2008001579
Ref: 20238
Service Fee: $45.00

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f