# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 764 | **DATE** | 4/14/2008 |
| **CASE TITLE** | Cyril Latona vs. United Resource Systems, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/14/2008 regarding motion for entry of default [24]. Plaintiff's Motion for entry of default against defendant is granted to the extent that the Court will enter a Clerk's default against defendant United Resources Systems, Inc. Clerk's default is entered against defendant Untied Resources Systems, Inc. Rule 16(b) Scheduling conference set for April 22, 2008 is stricken - remaining parties are in settlement discussions. Rule 16(b) Scheduling Conference is reset for 5/29/2008 at 09:00 AM.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|