IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYRIL LATONA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action 08 C 764 |
| ) | |
| UNITED RESOURCE SYSTEMS, INC., ) | Judge David H. Coar |
| TRANS UNION, LLC, ) | |
| and EXPERIAN INFORMATION SOLUTIONS ) | Magistrate Judge Arlander Keys |
| Defendants ) | |

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

It is hereby stipulated and agreed by and between the Plaintiff Cyril Latona and Defendant TRANS UNION LLC that Plaintiff's individual claim against TRANS UNION LLC be **dismissed with prejudice and without an award of costs or fees** to any party, all matters in controversy for which said action was brought having been fully resolved. This cause shall continue as to all other defendants.

Date: April 29, 2008                           **TRANS UNION LLC**

                                               By:   /s/ Sharon R. Albrecht_____
                                               One of Its Attorneys

Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA Piper US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601


Date: April 29, 2008                           **CYRIL LATONA**

                                               By:   /s/ Rupali R. Shah_____
                                               One of His Attorneys

Daniel Edelman
Cathleen Combs
James O. Latturner
Tara Goodwin
Rupali R. Shah
*Edelman, Combs Latturner & Goodwin, LLC*
120 South LaSalle Street, 18th Floor
Chicago, IL 60603