IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYRIL LATONA, ) | |
|       Plaintiff, ) | |
| v. ) | Civil Action 08 C 764 |
| ) | |
| UNITED RESOURCE SYSTEMS, INC., ) | Judge David H. Coar |
| TRANS UNION, LLC, ) | Magistrate Judge Arlander Keys |
| and EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., ) | |
|       Defendants ) | |

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

      It is hereby stipulated and agreed by and between the Plaintiff Cyril Latona and Defendant EXPERIAN INFORMATION SOLUTIONS, Inc. that Plaintiff's individual claim against EXPERIAN INFORMATION SOLUTIONS, INC. be **dismissed with prejudice and without an award of costs or fees** to any party, all matters in controversy for which said action was brought having been fully resolved. This cause shall continue as to all other defendants.

Date: May 8, 2008                               **EXPERIAN INFORMATION**
                                                                             **SOLUTIONS,INC.**

                                                                             By:  /s/ Katie M. Poleon
                                                                             One of Its Attorneys


Katie M. Poleon (Atty No. 6287107)
**Jones Day**
77 West Wacker Drive
Chicago, Illinois 60601


Date: May 8, 2008                               **CYRIL LATONA**

                                                                             By:  /s/ Rupali R. Shah
                                                                             One of His Attorneys


Daniel Edelman
Cathleen Combs
James O. Latturner
Tara Goodwin
Rupali R. Shah
**Edelman, Combs, Latturner & Goodwin, LLC**

120 South LaSalle Street, 18th Floor
Chicago, IL 60603

## CERTIFICATE OF SERVICE

I, Rupali R. Shah, hereby certify that on May 8, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via the Court's ECF system on the following individuals:

Sharon R. Albrecht
shari.albrecht@dlapiper.com

Albert Edward Hartmann
albert.hartmann@dlapiper.com

Katie M. Poleon
kpoleon@jonesday.com, scollazo@jonesday.com

Monica L. Thompson
monica.thompson@dlapiper.com

                                                s/ Rupali R. Shah
                                                Rupali R.Shah