# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 764 | **DATE** | 5/14/2008 |
| **CASE TITLE** | Latona vs. United Resources Systems | | |

**DOCKET ENTRY TEXT**

Pursuant to the *STIPULATION [29] of Dismissal With Prejudice of Experian Information Solutions, Inc*, defendant Experian Information Solutions, Inc is dismissed with prejudice as a party defendant in this action. A prove-up default hearing is set for May 29, 2008 at 9:00 a.m. as to defendant United Resources Systems.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|