# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 764 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Cyril Latona vs. United Resources, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation of Dismissal [28], the Plaintiff's individual claim against TRANS UNION LLC is **dismissed with prejudice and without an award of costs or fees** to any party, all matters in controversy for which said action was brought having been fully resolved. Defendant Trans Union LLC terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|