# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 764 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Cyril Latona vs. United Resources Systems | | |

**DOCKET ENTRY TEXT**

Prove up-default hearing against defendant United Resources Systems held on 5/29/2008. Parties advised the Court of Settlement. Prove-up default hearing continued to July 10, 2008 at 9:00 a.m for status. Rule 16(b) Scheduling Conference scheduled for 5/29/2008 is terminated.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|