**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CYRIL LATONA, | ) | |
|         Plaintiff, | ) | |
|     v. | ) | Civil Action 08 C 764 |
| | ) | |
| UNITED RESOURCE SYSTEMS, INC., | ) | Judge David H. Coar |
| | ) | Magistrate Judge Arlander Keys |
| | ) | |
|         Defendant. | ) | |

**STIPULATION OF DISMISSAL *WITH PREJUDICE***

It is hereby stipulated and agreed by and between the Plaintiff Cyril Latona and Defendant UNITED RESOURCE SYSTEMS, INC. that Plaintiff's individual claim against UNITED RESOURCE SYSTEMS, INC. be **dismissed with prejudice and without an award of costs or fees** to any party, all matters in controversy for which said action was brought having been fully resolved.

Date:   July 7, 2008

**UNITED RESOURCE SYSTEMS, INC.**

By: s/ Daniel Marchand
    Daniel Marchand

Daniel Marchand
**United Resource Systems, Inc.**
10075 W. Colfax Ave.
Lakewood, CO 80215

Date: July 7, 2008

**CYRIL LATONA**

By: s/ Rupali R. Shah
    One of His Attorneys

Daniel Edelman
Cathleen Combs
James O. Latturner
Tara Goodwin
Rupali R. Shah
**Edelman, Combs, Latturner & Goodwin, LLC**
120 South LaSalle Street, 18th Floor
Chicago, IL 60603