**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CYRIL LATONA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 764 |
| vs. ) | Judge David H. Coar |
| ) | Magistrate Judge Arlander Keys |
| UNITED RESOURCE SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

**TO:**   See Attached Service List

      **PLEASE TAKE NOTICE** that on July 7, 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, the following document: **STIPULATION OF DISMISSAL WITH PREJUDICE**, a copy of which is attached hereto and hereby served upon you.

                                        s/ Rupali R. Shah
                                        Rupali R. Shah

Daniel A. Edelman
James O. Latturner
Tara L. Goodwin
Rupali R. Shah
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

      I, Rupali R. Shah, hereby certify that on July 7, 2008, the foregoing document was filed electronically. A copy of the foregoing document was sent via U.S. Mail to the following individuals:

**United Resource Systems, Inc.**
10075 W. Colfax Ave.
Lakewood, CO 80215-3907

                                              s/ Rupali R. Shah
                                              Rupali R. Shah

Daniel A. Edelman
James O. Latturner
Tara L. Goodwin
Rupali R. Shah
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200