# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 764 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Cyril Latona vs. United Resource Systems, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation of Dismissal with prejudice [33], this action is dismissed with prejudice and without an award of costs or fees to any party, all matters in controversy are fully resolved. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|